■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DAWSON, Appellant. [942 NYS2d 874]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered May 5, 2009, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony drug offender whose prior felony conviction was a violent felony, to concurrent terms of eight years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's decision to credit the police account of the incident.

We perceive no basis for reducing the sentence. Concur— Tom, J.P., Andrias, DeGrasse, Richter and Román, JJ.